Career Hub
Time
Pay
Directory
Talent
Employee Work Arrangement and Location Dashboard
Learning
Compensation Targets
Personal Information
Time Off
Help
Saved

Payslip_to_Print_-_Report_Design_-All_Employees_Configured__07_23_2025.pdf
1 of 1

# Prudential

Prudential Ins Co of America    751 Broad Street Newark, NJ 07102    +1 800-778-3279
Kristen Krol    73 Blaine Ave Hatfield, PA 19440

| Name | Company | | ID Number | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-----------|------------------|----------------|------------|--------------|
| Kristen Krol | 001 Prudential Ins Co of America | | | 06/09/2025 | 06/22/2025 | 06/27/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,626.53 | 368.14 | | 278.78 | 2,133.49 |
| YTD | 45,429.03 | 4,481.58 | 9,119.84 | 3,614.14 | 27,656.72 |

| Earnings | | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Be Well Reimbursement | 06/09/2025-06/22/2025 | 0 | 0 | 330.00 | 0 | 833.50 | OASDI | 215.71 | 2,691.11 |
| Enterprise Recognition Award | 06/09/2025-06/22/2025 | 0 | 0 | 170.95 | 0 | 828.73 | Medicare | 50.45 | 629.37 |
| Group Term Life Imp Inc | 06/09/2025-06/22/2025 | 0 | 0 | 2.06 | 0 | 25.28 | Federal Withholding | 319.15 | 3,975.17 |
| Holiday | 06/09/2025-06/22/2025 | 7.5 | 40.9 | 306.75 | 48.75 | 1,918.95 | State Tax - PA | 106.75 | 1,331.76 |
| Paid Absence | 06/09/2025-06/22/2025 | 2.5 | 40.9 | 102.25 | 10 | 397.90 | SUI-Employee Paid - PA | 2.54 | 32.64 |
| Regular Hourly | 06/09/2025-06/22/2025 | 66.42 | 40.9 | 2,716.58 | 816.51 | 32,812.14 | City Tax - HTFLD | 34.77 | 433.79 |
| | | | | | | | PA LST - HTFLD | 2.00 | 26.00 |
| Earnings | | | | 3,628.59 | | 45,454.31 | Employee Taxes | 731.37 | 9,119.84 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | 24.29 | 315.77 | Accident Insurance | 2.57 | 33.41 |
| Health Savings Account | | 107.70 | Child AD&D Supp | 0.38 | 4.94 |
| Medical | 112.62 | 1,464.06 | Dependent Child Life | 0.29 | 3.77 |
| PESP - Before Tax 401(K) | 218.79 | 2,432.33 | Dependent Spouse Life | 2.35 | 30.55 |
| Vision | 12.44 | 161.72 | Employee Critical Illness | 3.90 | 50.70 |
| | | | Group Universal Life (GUL) | 8.17 | 107.85 |
| | | | Hosp Indem | 5.88 | 76.44 |
| | | | Legal Care | 5.31 | 69.03 |
| | | | PESP - 401(k) Loan | 216.44 | 2,813.72 |
| | | | PESP - After Tax | 31.26 | 394.79 |
| | | | Spouse AD&D Supp | 1.02 | 13.51 |
| | | | Supplemental AD&D | 1.21 | 15.43 |
| Pre Tax Deductions | 368.14 | 4,481.58 | Post Tax Deductions | 278.78 | 3,614.14 |

| Employer Paid Benefits | | | Taxable Wage | | |
|------------------------|--|--|--------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Health Savings Account | | 1,200.00 | OASDI - Taxable Wages | 3,479.24 | 43,405.06 |
| | | | Medicare - Taxable Wages | 3,479.24 | 43,405.06 |
| | | | Federal Withholding - Taxable Wages | 3,260.45 | 40,972.73 |
| | | | State Tax Taxable Wages - PA | 3,477.18 | 43,379.78 |
| Employer Paid Benefits | 0.00 | 1,200.00 | City Tax Taxable Wages - HTFLD | 3,477.18 | 43,379.78 |

| | Federal | State | Time Off | | | |
|--|---------|-------|----------|--|--|--|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Paid Time Off [USA] | 0 | 0 | 219.25 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | ******7966 | | 2,133.49    USD |

1 of 1

 Prudential

Prudential Ins Co of America   751 Broad Street Newark, NJ 07102   +1 800-778-3279
Kristen Krol   73 Blaine Ave Hatfield, PA 19440

| Name | Company | | ID Number | Pay Period Begin | | Pay Period End | | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|---|
| Kristen Krol | 001 Prudential Ins Co of America | | | 06/23/2025 | | 07/06/2025 | | 07/11/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,466.28 | 391.99 | 645.39 | 282.18 | 2,146.72 |
| YTD | 48,895.31 | 4,873.57 | 9,765.23 | 3,896.32 | 29,803.44 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| | | | | | | | OASDI | 205.78 | 2,896.89 |
| Group Term Life Imp Inc | 06/23/2025-07/06/2025 | 0 | 0 | 2.06 | 0 | 27.34 | Medicare | 48.13 | 677.50 |
| Holiday | 06/23/2025-07/06/2025 | 7.5 | 40.9 | 306.75 | 56.25 | 2,225.70 | Federal Withholding | 252.05 | 4,227.22 |
| Overtime 1.5 | 06/23/2025-06/29/2025 | 4.5 | 61.35 | 276.08 | 5.75 | 352.77 | State Tax - PA | 101.83 | 1,433.59 |
| Paid Absence | 06/23/2025-07/06/2025 | 2.5 | 40.9 | 102.25 | 12.5 | 500.15 | SUI-Employee Paid - PA | 2.43 | 35.07 |
| Regular Hourly | 06/23/2025-07/06/2025 | 68 | 40.9 | 2,781.20 | 884.51 | 35,593.34 | City Tax - HTFLD | 33.17 | 466.96 |
| | | | | | | | PA LST - HTFLD | 2.00 | 28.00 |
| Earnings | | | | 3,468.34 | | 48,922.65 | Employee Taxes | 645.39 | 9,765.23 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | | 24.29 | 340.06 | Accident Insurance | 2.57 | 35.98 |
| Health Savings Account | | | 107.70 | Child AD&D Supp | 0.38 | 5.32 |
| Medical | | 112.62 | 1,576.68 | Dependent Child Life | 0.29 | 4.06 |
| PESP - Before Tax 401(K) | | 242.64 | 2,674.97 | Dependent Spouse Life | 2.35 | 32.90 |
| Vision | | 12.44 | 174.16 | Employee Critical Illness | 3.90 | 54.60 |
| | | | | Group Universal Life (GUL) | 8.17 | 116.02 |
| | | | | Hosp Indem | 5.88 | 82.32 |
| | | | | Legal Care | 5.31 | 74.34 |
| | | | | PESP - 401(k) Loan | 216.44 | 3,030.16 |
| | | | | PESP - After Tax | 34.66 | 429.45 |
| | | | | Spouse AD&D Supp | 1.02 | 14.53 |
| | | | | Supplemental AD&D | 1.21 | 16.64 |
| Pre Tax Deductions | | 391.99 | 4,873.57 | Post Tax Deductions | 282.18 | 3,896.32 |

| Employer Paid Benefits | | | | Taxable Wage | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Health Savings Account | | | 1,200.00 | OASDI - Taxable Wages | 3,318.99 | 46,724.05 |
| | | | | Medicare - Taxable Wages | 3,318.99 | 46,724.05 |
| | | | | Federal Withholding - Taxable Wages | 3,076.55 | 44,049.08 |
| | | | | State Tax Taxable Wages - PA | 3,316.93 | 46,696.71 |
| Employer Paid Benefits | | 0.00 | 1,200.00 | City Tax Taxable Wages - HTFLD | 3,316.93 | 46,696.71 |

| | Federal | | State | Time Off | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Married | | | Description | Accrued | Reduced | Available |
| Allowances | 1 | | 0 | Paid Time Off [USA] | 0 | 0 | 219.25 |
| Additional Withholding | 0 | | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | | ******7966 | | 2,146.72   USD |

CITIZENS BANK   CITIZENS BANK ******7966   ******7966

Total:   1,994.95USD
1,994.95

Apps

Your Saved Order

Career Hub
Time
Pay
Directory
Talent
Employee Work Arrangement and Location Dashboard
Learning
Compensation Targets
Personal Information
Time Off
Help
Saved

Payslip_to_Print_-_Report_Design_-All_Employees_Configured__07_23_2025.pdf

1 of 1



Prudential Ins Co of America   751 Broad Street Newark, NJ 07102   +1 800-778-3279
Kristen Krol   73 Blaine Ave Hatfield, PA 19440

| Name | Company | | ID Number | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-----------|------------------|----------------|------------|--------------|
| Kristen Krol | 001 Prudential Ins Co of America | | | 05/26/2025 | 06/08/2025 | 06/13/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,246.44 | 376.60 | 594.91 | 279.98 | 1,994.95 |
| YTD | 41,802.50 | 4,113.44 | 8,388.47 | 3,335.36 | 25,523.23 |

| Earnings | | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Group Term Life Imp Inc | 05/26/2025-06/08/2025 | 0 | 0 | 2.06 | | 23.22 | OASDI | 192.15 | 2,475.40 |
| Holiday | 05/26/2025-06/08/2025 | 7.5 | 40.9 | 306.75 | 41.25 | 1,612.20 | Medicare | 44.93 | 578.92 |
| Overtime 1.5 | 05/26/2025-06/08/2025 | 1.25 | 61.35 | 76.69 | 1.25 | 76.69 | Federal Withholding | 227.51 | 3,656.02 |
| Paid Time Off | 05/26/2025-06/08/2025 | 6.5 | 40.9 | 265.85 | 108 | 4,250.15 | State Tax - PA | 95.08 | 1,225.01 |
| Regular Hourly | 05/26/2025-06/08/2025 | 63.5 | 40.9 | 2,597.15 | 750.09 | 30,095.56 | SUI-Employee Paid - PA | 2.27 | 30.10 |
| Paid Absence | 05/12/2025-05/25/2025 | 2.5 | 40.9 | 102.25 | 7.5 | 295.65 | City Tax - HTFLD | 30.97 | 399.02 |
| Paid Time Off | 05/12/2025-05/25/2025 | -10 | 40.9 | -409.00 | | | PA LST - HTFLD | 2.00 | 24.00 |
| Paid Time Off | 05/12/2025-05/25/2025 | 6.5 | 40.9 | 265.85 | | | | | |
| Regular Hourly | 05/12/2025-05/25/2025 | -65 | 40.9 | -2,658.50 | | | | | |
| Regular Hourly | 05/12/2025-05/25/2025 | 66 | 40.9 | 2,699.40 | | | | | |
| Earnings | | | | 3,248.50 | | 41,825.72 | Employee Taxes | 594.91 | 8,388.47 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | 24.29 | 291.48 | Accident Insurance | 2.57 | 30.84 |
| Health Savings Account | | 107.70 | Child AD&D Supp | 0.38 | 4.56 |
| Medical | 112.62 | 1,351.44 | Dependent Child Life | 0.29 | 3.48 |
| PESP - Before Tax 401(K) | 227.25 | 2,213.54 | Dependent Spouse Life | 2.35 | 28.20 |
| Vision | 12.44 | 149.28 | Employee Critical Illness | 3.90 | 46.80 |
| | | | Group Universal Life (GUL) | 8.17 | 99.68 |
| | | | Hosp Indem | 5.88 | 70.56 |
| | | | Legal Care | 5.31 | 63.72 |
| | | | PESP - 401(k) Loan | 216.44 | 2,597.28 |
| | | | PESP - After Tax | 32.46 | 363.53 |
| | | | Spouse AD&D Supp | 1.02 | 12.49 |
| | | | Supplemental AD&D | 1.21 | 14.22 |
| Pre Tax Deductions | 376.60 | 4,113.44 | Post Tax Deductions | 279.98 | 3,335.36 |

| Employer Paid Benefits | Taxable Wage |
|------------------------|--------------|

| Employer Paid Benefits | | |
| --- | --- | --- |
| Description | Amount | YTD |
| Health Savings Account | | 1,200.00 |
| | | |
| Employer Paid Benefits | 0.00 | 1,200.00 |

| Taxable Wage | | |
| --- | --- | --- |
| Description | Amount | YTD |
| OASDI - Taxable Wages | 3,099.15 | 39,925.82 |
| Medicare - Taxable Wages | 3,099.15 | 39,925.82 |
| Federal Withholding - Taxable Wages | 2,871.90 | 37,712.28 |
| State Tax Taxable Wages - PA | 3,097.09 | 39,902.60 |
| City Tax Taxable Wages - HTFLD | 3,097.09 | 39,902.60 |

| | Federal | State |
| --- | --- | --- |
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

| Time Off | | | |
| --- | --- | --- | --- |
| Description | Accrued | Reduced | Available |
| Paid Time Off [USA] | 0 | 6.5 | 219.25 |

| Payment Information | | | | |
| --- | --- | --- | --- | --- |
| Bank | Account Name | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | ******7966 | | 1,994.95    USD |

Time
Pay
Directory
Talent
Employee Work Arrangement and Location Dashboard
Learning
Compensation Targets
Personal Information
Time Off
Help
Saved

Payslip_to_Print_-_Report_Design_-All_Employees_Configured__07_23_2025.pdf

1 of 1

 Prudential

Prudential Ins Co of America   751 Broad Street Newark, NJ 07102   +1 800-778-3279
Kristen Krol   73 Blaine Ave Hatfield, PA 19440

| Name | Company | ID Number | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kristen Krol | 001 Prudential Ins Co of America | ▮ | 05/12/2025 | 05/25/2025 | 05/30/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,067.50 | 333.40 | 557.54 | 278.20 | 1,898.36 |
| YTD | 38,556.06 | 3,736.84 | 7,793.56 | 3,055.38 | 23,528.28 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| | | | | | | | OASDI | 181.05 | 2,283.25 |
| Group Term Life Imp Inc | 05/12/2025-05/25/2025 | 0 | 0 | 2.06 | 0 | 21.16 | Medicare | 42.35 | 533.99 |
| Paid Time Off | 05/12/2025-05/25/2025 | 10 | 40.9 | 409.00 | 105 | 4,127.45 | Federal Withholding | 211.22 | 3,428.51 |
| Regular Hourly | 05/12/2025-05/25/2025 | 65 | 40.9 | 2,658.50 | 685.59 | 27,457.51 | State Tax - PA | 89.59 | 1,129.93 |
| | | | | | | | SUI-Employee Paid - PA | 2.15 | 27.83 |
| | | | | | | | City Tax - HTFLD | 29.18 | 368.05 |
| | | | | | | | PA LST - HTFLD | 2.00 | 22.00 |
| Earnings | | | | 3,069.56 | | 38,577.22 | Employee Taxes | 557.54 | 7,793.56 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | 24.29 | 267.19 | Accident Insurance | 2.57 | 28.27 |
| Health Savings Account | | 107.70 | Child AD&D Supp | 0.38 | 4.18 |
| Medical | 112.62 | 1,238.82 | Dependent Child Life | 0.29 | 3.19 |
| PESP - Before Tax 401(K) | 184.05 | 1,986.29 | Dependent Spouse Life | 2.35 | 25.85 |
| Vision | 12.44 | 136.84 | Employee Critical Illness | 3.90 | 42.90 |
| | | | Group Universal Life (GUL) | 8.17 | 91.51 |
| | | | Hosp Indem | 5.88 | 64.68 |
| | | | Legal Care | 5.31 | 58.41 |
| | | | PESP - 401(k) Loan | 216.44 | 2,380.84 |
| | | | PESP - After Tax | 30.68 | 331.07 |
| | | | Spouse AD&D Supp | 1.02 | 11.47 |
| | | | Supplemental AD&D | 1.21 | 13.01 |
| Pre Tax Deductions | 333.40 | 3,736.84 | Post Tax Deductions | 278.20 | 3,055.38 |

| Employer Paid Benefits | | | Taxable Wage | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Health Savings Account | | 1,200.00 | OASDI - Taxable Wages | 2,920.21 | 36,826.67 |
| | | | Medicare - Taxable Wages | 2,920.21 | 36,826.67 |
| | | | Federal Withholding - Taxable Wages | 2,736.16 | 34,840.38 |
| | | | State Tax Taxable Wages - PA | 2,918.15 | 36,805.51 |
| Employer Paid Benefits | 0.00 | 1,200.00 | City Tax Taxable Wages - HTFLD | 2,918.15 | 36,805.51 |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Paid Time Off [USA] | 0 | 6.5 | 225.75 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | ******7966 | | 1,898.36   USD |

Time
Pay
Directory
Talent
Employee Work Arrangement and Location Dashboard
Learning
Compensation Targets
Personal Information
Time Off
Help
Saved

Payslip_to_Print_-_Report_Design_-All_Employees_Configured__07_23_2025.pdf
1 of 1


**Prudential**

Prudential Ins Co of America   751 Broad Street Newark, NJ 07102   +1 800-778-3279
Kristen Krol   73 Blaine Ave Hatfield, PA 19440

| Name | Company | ID Number | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kristen Krol | 001 Prudential Ins Co of America | | 05/12/2025 | 05/25/2025 | 05/30/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,067.50 | 333.40 | 557.54 | 278.20 | 1,898.36 |
| YTD | 38,556.06 | 3,736.84 | 7,793.56 | 3,055.38 | 23,528.28 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| | | | | | | | OASDI | 181.05 | 2,283.25 |
| Group Term Life Imp Inc | 05/12/2025-05/25/2025 | 0 | 0 | 2.06 | 0 | 21.16 | Medicare | 42.35 | 533.99 |
| Paid Time Off | 05/12/2025-05/25/2025 | 10 | 40.9 | 409.00 | 105 | 4,127.45 | Federal Withholding | 211.22 | 3,428.51 |
| Regular Hourly | 05/12/2025-05/25/2025 | 65 | 40.9 | 2,658.50 | 685.59 | 27,457.51 | State Tax - PA | 89.59 | 1,129.93 |
| | | | | | | | SUI-Employee Paid - PA | 2.15 | 27.83 |
| | | | | | | | City Tax - HTFLD | 29.18 | 368.05 |
| | | | | | | | PA LST - HTFLD | 2.00 | 22.00 |
| Earnings | | | | 3,069.56 | | 38,577.22 | Employee Taxes | 557.54 | 7,793.56 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | 24.29 | 267.19 | Accident Insurance | 2.57 | 28.27 |
| Health Savings Account | | 107.70 | Child AD&D Supp | 0.38 | 4.18 |
| Medical | 112.62 | 1,238.82 | Dependent Child Life | 0.29 | 3.19 |
| PESP - Before Tax 401(K) | 184.05 | 1,986.29 | Dependent Spouse Life | 2.35 | 25.85 |
| Vision | 12.44 | 136.84 | Employee Critical Illness | 3.90 | 42.90 |
| | | | Group Universal Life (GUL) | 8.17 | 91.51 |
| | | | Hosp Indem | 5.88 | 64.68 |
| | | | Legal Care | 5.31 | 58.41 |
| | | | PESP - 401(k) Loan | 216.44 | 2,380.84 |
| | | | PESP - After Tax | 30.68 | 331.07 |
| | | | Spouse AD&D Supp | 1.02 | 11.47 |
| | | | Supplemental AD&D | 1.21 | 13.01 |
| Pre Tax Deductions | 333.40 | 3,736.84 | Post Tax Deductions | 278.20 | 3,055.38 |

| Employer Paid Benefits | | | Taxable Wage | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Health Savings Account | | 1,200.00 | OASDI - Taxable Wages | 2,920.21 | 36,826.67 |
| | | | Medicare - Taxable Wages | 2,920.21 | 36,826.67 |
| | | | Federal Withholding - Taxable Wages | 2,736.16 | 34,840.38 |
| | | | State Tax Taxable Wages - PA | 2,918.15 | 36,805.51 |
| Employer Paid Benefits | 0.00 | 1,200.00 | City Tax Taxable Wages - HTFLD | 2,918.15 | 36,805.51 |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Paid Time Off [USA] | 0 | 6.5 | 225.75 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | ******7966 | | 1,898.36   USD |

Time
Pay
Directory
Talent
Employee Work Arrangement and Location Dashboard
Learning
Compensation Targets
Personal Information
Time Off
Help
Saved

Payslip_to_Print_-_Report_Design_-All_Employees_Configured__07_23_2025.pdf
1 of 1

 Prudential

Prudential Ins Co of America   751 Broad Street Newark, NJ 07102   +1 800-778-3279
Kristen Krol   73 Blaine Ave Hatfield, PA 19440

| Name | Company | | ID Number | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Kristen Krol | 001 Prudential Ins Co of America | | | 04/28/2025 | 05/11/2025 | 05/16/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,421.73 | 333.40 | 673.76 | 278.20 | 1,898.37 |
| YTD | 35,488.56 | 3,403.44 | 7,236.02 | 2,777.18 | 21,629.92 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Enterprise Recognition Award | 04/28/2025-05/11/2025 | 0 | 0 | 354.22 | 0 | 657.78 | OASDI | 203.01 | 2,102.20 |
| Group Term Life Imp Inc | 04/28/2025-05/11/2025 | 0 | 0 | 2.06 | 0 | 19.10 | Medicare | 47.48 | 491.64 |
| Paid Time Off | 04/28/2025-05/11/2025 | 4.75 | 40.9 | 194.28 | 95 | 3,718.45 | Federal Withholding | 285.70 | 3,217.29 |
| Regular Hourly | 04/28/2025-05/11/2025 | 70.25 | 40.9 | 2,873.23 | 620.59 | 24,799.01 | State Tax - PA | 100.46 | 1,040.34 |
| | | | | | | | SUI-Employee Paid - P/ | 2.39 | 25.68 |
| | | | | | | | City Tax - HTFLD | 32.72 | 338.87 |
| | | | | | | | PA LST - HTFLD | 2.00 | 20.00 |
| Earnings | | | | 3,423.79 | | 35,507.66 | Employee Taxes | 673.76 | 7,236.02 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | 24.29 | 242.90 | Accident Insurance | 2.57 | 25.70 |
| Health Savings Account | | 107.70 | Child AD&D Supp | 0.38 | 3.80 |
| Medical | 112.62 | 1,126.20 | Dependent Child Life | 0.29 | 2.90 |
| PESP - Before Tax 401(K) | 184.05 | 1,802.24 | Dependent Spouse Life | 2.35 | 23.50 |
| Vision | 12.44 | 124.40 | Employee Critical Illness | 3.90 | 39.00 |
| | | | Group Universal Life (GUL) | 8.17 | 83.34 |
| | | | Hosp Indem | 5.88 | 58.80 |
| | | | Legal Care | 5.31 | 53.10 |
| | | | PESP - 401(k) Loan | 216.44 | 2,164.40 |
| | | | PESP - After Tax | 30.68 | 300.39 |
| | | | Spouse AD&D Supp | 1.02 | 10.45 |
| | | | Supplemental AD&D | 1.21 | 11.80 |
| Pre Tax Deductions | 333.40 | 3,403.44 | Post Tax Deductions | 278.20 | 2,777.18 |

| Employer Paid Benefits | | | Taxable Wage | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Health Savings Account | | 1,200.00 | OASDI - Taxable Wages | 3,274.44 | 33,906.46 |
| | | | Medicare - Taxable Wages | 3,274.44 | 33,906.46 |
| | | | Federal Withholding - Taxable Wages | 3,090.39 | 32,104.22 |
| | | | State Tax Taxable Wages - PA | 3,272.38 | 33,887.36 |
| Employer Paid Benefits | 0.00 | 1,200.00 | City Tax Taxable Wages - HTFLD | 3,272.38 | 33,887.36 |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Paid Time Off [USA] | 0 | 4.75 | 232.25 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | ******7966 | | 1,898.37   USD |

Pay
Directory
Talent
Employee Work Arrangement and Location Dashboard
Learning
Compensation Targets
Personal Information
Time Off
Help
Saved

Payslip_to_Print_-_Report_Design_-All_Employees_Configured__07_23_2025.pdf
1 of 1

 Prudential

Prudential Ins Co of America   751 Broad Street Newark, NJ 07102   +1 800-778-3279
Kristen Krol   73 Blaine Ave Hatfield, PA 19440

| Name | Company | ID Number | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kristen Krol | 001 Prudential Ins Co of America | ▮ | 04/14/2025 | 04/27/2025 | 05/02/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,734.49 | 337.50 | 770.19 | 278.88 | 2,284.17 |
| YTD | 32,066.83 | 3,070.04 | 6,562.26 | 2,498.98 | 19,731.55 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Be Well Reimbursement | 04/14/2025-04/27/2025 | 0 | 0 | 503.50 | 0 | 503.50 | OASDI | 222.41 | 1,899.19 |
| Enterprise Recognition Award | 04/14/2025-04/27/2025 | 0 | 0 | 95.19 | 0 | 303.56 | Medicare | 52.01 | 444.16 |
| Group Term Life Imp Inc | 04/14/2025-04/27/2025 | 0 | 0 | 2.06 | 0 | 17.04 | Federal Withholding | 345.24 | 2,931.59 |
| Regular Hourly | 04/14/2025-04/27/2025 | 76.67 | 40.9 | 3,135.80 | 550.34 | 21,925.78 | State Tax - PA | 110.06 | 939.88 |
| | | | | | | | SUI-Employee Paid - PA | 2.62 | 23.29 |
| | | | | | | | City Tax - HTFLD | 35.85 | 306.15 |
| | | | | | | | PA LST - HTFLD | 2.00 | 18.00 |
| Earnings | | | | 3,736.55 | | 32,083.87 | Employee Taxes | 770.19 | 6,562.26 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental - Pre Tax | 24.29 | 218.61 | Accident Insurance | 2.57 | 23.13 |
| Health Savings Account | | 107.70 | Child AD&D Supp | 0.38 | 3.42 |
| Medical | 112.62 | 1,013.58 | Dependent Child Life | 0.29 | 2.61 |
| PESP - Before Tax 401(K) | 188.15 | 1,618.19 | Dependent Spouse Life | 2.35 | 21.15 |
| Vision | 12.44 | 111.96 | Employee Critical Illness | 3.90 | 35.10 |
| | | | Group Universal Life (GUL) | 8.17 | 75.17 |
| | | | Hosp Indem | 5.88 | 52.92 |
| | | | Legal Care | 5.31 | 47.79 |
| | | | PESP - 401(k) Loan | 216.44 | 1,947.96 |
| | | | PESP - After Tax | 31.36 | 269.71 |
| | | | Spouse AD&D Supp | 1.02 | 9.43 |
| | | | Supplemental AD&D | 1.21 | 10.59 |
| Pre Tax Deductions | 337.50 | 3,070.04 | Post Tax Deductions | 278.88 | 2,498.98 |

| Employer Paid Benefits | | | Taxable Wage | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Health Savings Account | | 1,200.00 | OASDI - Taxable Wages | 3,587.20 | 30,632.02 |
| | | | Medicare - Taxable Wages | 3,587.20 | 30,632.02 |
| | | | Federal Withholding - Taxable Wages | 3,399.05 | 29,013.83 |
| | | | State Tax Taxable Wages - PA | 3,585.14 | 30,614.98 |
| Employer Paid Benefits | 0.00 | 1,200.00 | City Tax Taxable Wages - HTFLD | 3,585.14 | 30,614.98 |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Paid Time Off [USA] | 0 | 0 | 237 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Amount |
| CITIZENS BANK | CITIZENS BANK ******7966 | | ******7966 | | 2,284.17   USD |