IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    NO. 25-12989
                                          :
KRISTEN E. KROL                           :
               Debtor                     :    CHAPTER 13

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

Kindly enter my Appearance on behalf of QNB Bank. Kindly place me on the service list of creditors to receive notice of future filings.

BY:  /s/ Kelly L. Eberle
Kelly L. Eberle, Esquire
Attorney I.D. # 306591
Attorney for QNB Bank
P.O. Box 215
Perkasie, PA  18944
(215) 257-6811