United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 25-12989-amc
Kristen E. Krol                                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                   User: admin                  Page 1 of 3
Date Rcvd: Oct 09, 2025              Form ID: pdf900             Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen E. Krol, 73 Blaine Avenue, Hatfield, PA 19440-2902 |
| cr | + | c/o Kelly L. Eberle QNB Bank, PO Box 215, Perkasie, PA 18944-0215 |
| 15033292 | | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 15033293 | #+ | Helm Assocs, 394 Lincoln Highway, Fairless Hills, PA 19030-1203 |
| 15033297 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 15033298 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15034727 | + | QNB Bank, C/O Kelly L. Eberle, PO BOX 215, Perkasie, PA 18944-0215 |
| 15033301 | + | Qnb Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |
| 15045858 | + | REVCO SOLUTIONS INC., PO Box 58, Fort Morgan, CO 80701-0058 |
| 15033305 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15055784 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15033289 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:30 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15033291 | | Email/Text: bankruptcy@creditkarma.com | Oct 10 2025 00:12:00 | Credit Karma/Credit Builder, Attn: Bankruptcy, 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 15033290 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 00:23:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15036498 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 10 2025 00:23:25 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15033294 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 00:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15055264 | + | Email/Text: BNCnotices@dcmservices.com | Oct 10 2025 00:12:00 | JEFFERSON HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15033295 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:31 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 26 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
| 15033296 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:29 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15033299 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15033300 | ^ | MEBN | Oct 10 2025 00:10:37 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15033303 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2025 00:12:00 | Quantum3 Group LLC, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15033304 |  | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2025 00:12:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15054399 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 10 2025 00:23:36 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15033302 | *+ | QNB Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KELLY LYN EBERLE | on behalf of Creditor c/o Kelly L. Eberle QNB Bank keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kristen E. Krol help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee |  |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Oct 09, 2025 Form ID: pdf900 Total Noticed: 26

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: KRISTEN E. KROL              :      Chapter 13
                                    :
         Debtor(s)                  :
                                    :      Bankruptcy No.: 25-12989AMC

## CONSENT ORDER

**AND NOW**, this ____ day of _____, 2025, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with a bar to re-filing, it is

**ORDERED,** that in light of 3 prior bankruptcy filings of debtor, if this case is dismissed for any reason, debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within a period of 365 days of dismissal, and it is further

**ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

10-6-25
Date

_____
Jack K. Miller, Esquire, for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

10-3-25
Date

_____
Attorney for Debtor
CIBIK LAW, P.C.

10/03/2025
Date

_____
Debtor
KRISTEN E. KROL

**Date: October 9, 2025**

_____
Hon. Chief Judge Ashely M. Chan
BANKRUPTCY JUDGE