United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-12989-amc

Kristen E. Krol                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen E. Krol, 73 Blaine Avenue, Hatfield, PA 19440-2902 |
| 15033292 | | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 15033293 | #+ | Helm Assocs, 394 Lincoln Highway, Fairless Hills, PA 19030-1203 |
| 15033297 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 15033298 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15034727 | + | QNB Bank, C/O Kelly L. Eberle, PO BOX 215, Perkasie, PA 18944-0215 |
| 15033301 | + | Qnb Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |
| 15033305 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15055784 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 00:32:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15033289 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 00:32:56 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15033291 | | Email/Text: bankruptcy@creditkarma.com | Dec 18 2025 00:24:00 | Credit Karma/Credit Builder, Attn: Bankruptcy, 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 15033290 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 00:33:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15036498 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 18 2025 00:32:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15033294 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15055264 | + | Email/Text: BNCnotices@dcmservices.com | Dec 18 2025 00:24:00 | JEFFERSON HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15033295 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 00:32:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15033296 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 00:32:45 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15033299 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15033300 | ^ | MEBN | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 17, 2025 | Form ID: 155 | Total Noticed: 23

| | | Dec 18 2025 00:23:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15033303 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 18 2025 00:24:00 | Quantum3 Group LLC, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15045858 | ^ MEBN | | |
| | | Dec 18 2025 00:23:17 | REVCO SOLUTIONS INC., PO Box 58, Fort Morgan, CO 80701-0058 |
| 15033304 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Dec 18 2025 00:24:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15054399 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Dec 18 2025 00:33:04 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 15033302 | *+ | QNB Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KELLY LYN EBERLE | on behalf of Creditor c/o Kelly L. Eberle QNB Bank keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kristen E. Krol help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )

    Kristen E. Krol               )       Case No. 25−12989−amc

                              )

    Debtor(s).                 )       Chapter: 13

                              )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 16, 2025                For The Court

                                      Ashely M. Chan
                                      Chief Judge, United States Bankruptcy Court