IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KRISTEN E. KROL<br>Debtor | NO. 25-12989-amc<br><br>CHAPTER 13 |
| QNB BANK<br>Movant<br><br>-vs-<br><br>KRISTEN E. KROL<br>Respondent<br><br>and KENNETH E. WEST<br>Trustee | Hearing Date: October 27, 2026 at 11:00 a.m. |

**ORDER**

AND NOW, this day of , 2026, upon consideration of the Motion of QNB Bank, for Relief from Automatic Stay to Proceed with Mortgage Foreclosure and after notice and opportunity for hearing under the Bankruptcy Code, the Motion is GRANTED. Movant is exempted from further compliance with Fed. Rules Bankr. P. 3002.1 and 4001, and the Automatic Stay of this Bankruptcy is hereby modified to permit Movant, QNB Bank, to proceed with Mortgage Foreclosure, Sheriff's Sale, and Ejectment against the real estate of the Debtor, Kristen E. Krol, located at 73 Blaine Avenue, Hatfield, Pennsylvania 19440. This Order remaining in full force and effect in the event of a subsequent conversion of the Plan to another chapter

____________________________
B.J.

Counsel for Movant
Kelly L. Eberle, Esquire
Grim, Biehn & Thatcher
P.O. Box 215
Perkasie, PA 18944

Trustee:
Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Debtor:
Kristen E. Krol
73 Blaine Ave
Hatfield, PA 19440

Attorney for Debtor:
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102