IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KRISTEN E. KROL<br>Debtor | NO. 25-12989-amc<br><br>CHAPTER 13 |
| QNB BANK<br>Movant<br><br>-vs-<br><br>KRISTEN E. KROL<br>Respondent<br><br>and KENNETH E. WEST<br>Trustee | Hearing Date: October 27, 2026 at 11:00 a.m. |

**CERTIFICATE OF SERVICE AND CERTIFICATION OF NOTICE**
**PURSUANT TO BANKRUPTCY LOCAL RULE 9014-4**

I, KELLY L. EBERLE, ESQUIRE, attorney for QNB Bank, do hereby certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Proposed Order and Motion for Relief from the Automatic Stay, and have been served this 1st day of October 2026 via ECF system, upon those listed below:

Debtor:
Kristen E. Krol
73 Blaine Ave
Hatfield, PA 19440

Attorney for Debtor:
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Trustee:
Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

* Interested Parties (if any)

GRIM, BIEHN & THATCHER

Dated: October 1, 2026

By: /s/ Kelly L. Eberle, Esquire
Kelly L. Eberle, Esquire
Attorney for Movant
104 S. 6th Street, P.O. Box 215
Perkasie, PA 18944
215-257-6811
Attorney I.D. No. 306591
keberle@grimlaw.com