IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KRISTEN E. KROL<br>Debtor | NO. 25-12989-amc<br><br>CHAPTER 13 |
| QNB BANK<br>Movant<br><br>-vs-<br><br>KRISTEN E. KROL<br>Respondent<br><br>and KENNETH E. WEST<br>Trustee | Hearing Date: October 27, 2026 at 11:00 a.m. |

**<u>NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE</u>**

Movant, QNB Bank, has filed with the Court, a Motion for Relief from the Automatic Stay to Proceed with Mortgage Foreclosure, Sheriff's Sale, and Ejectment against the real estate of the Debtor, Kristen E. Krol, located at 73 Blaine Avenue, Hatfield, Pennsylvania 19440.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 20, 2026, you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at Clerk, United States Bankruptcy Court, 900 Market Street, Suite 201, Philadelphia, PA 19107-4299. If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:
Kelly L. Eberle, Esquire
Grim, Biehn & Thatcher
P.O. Box 215
Perkasie, Pennsylvania 18944
Phone: (215) 257-6811
Fax: (215) 254-5374

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on October 27, 2026 at 11:00 a.m. This hearing shall be made telephonically via zoom technology. Judge Chan's teleconference information is as follows:

Meeting Info: 1-646-828-7666 (telephone number) 160 6807 8081 (meeting ID). No participant ID is necessary.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 1, 2026

Debtor:
Kristen E. Krol
73 Blaine Ave
Hatfield, PA 19440

Attorney for Debtor:
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Trustee:
Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

* Interested Parties (if any)